

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2021

No. 04-20-00373-CV

Sarah Friend **NEUTZE,**
Appellant

v.

**TEXAS FARMERS INSURANCE COMPANY** and James 'Doug' Wasson, II,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2016-02-30997-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Sitting:   Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Appellant's motion to supplement the record is CARRIED WITH THE APPEAL.

It is so **ORDERED** on this 8th day of February, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court